**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Domingo CASTRO, Defendant–**
**Appellant.**

**No. 13–14318**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

May 30, 2014.

Linda Julin McNamara, Arthur Lee Bentley, III, U.S. Attorney's Office, Tampa, FL, Jay Carl Taylor, U.S. Attorney's Office, Jacksonville, FL, for Plaintiff–Appellee.

Domingo Castro, USP Tucson, Tucson, AZ, for Defendant–Appellant.

---

Before PRYOR, MARTIN and JORDAN, Circuit Judges.

PER CURIAM:

Sylvia A. Irvin, counsel for Domingo Castro in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Castro's conviction and sentence are **AFFIRMED.**